


**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.**

**Jerson Immer Velazquez**

**Plaintiff**

**vs.**

**James Robert Cunningham individually Remax experience agent**

**Dean Trantalis individualy**

**Dean Trantalis Esq.**

**Dean Trantalis City mayor**

**Trantalis and associates attorneys**

**Gregory Taylor Individualy**

**Gregori B. Taylor Esq.**

**Gregory B. Taylor P.A**

**Shawn Thomas Isenhour Public Notary**

**Shawn Thomas Isenhour (Employee of Gregory Taylor Capacity )**

**Shawn Thomas Isenhour individually**

**Steve Margolis Public Notary**

**Steve Margolis individually Remax Experience Agent**

**Jason Johnson individually**

**Remax Experience**

**RLI INSURANCE COMPANY**

**THE CONTINENTAL INSURANCE CO.**

**COMPLAINT FOR A CIVIL CASE**

I, JERSON IMMER VELAZQUEZ, a Mexican Immigrant and the injured Beneficiary of an Affidavit of Support (Form I-864), and the true former owner of the property located at 4061 North Dixie Hwy. Apt 2. Oakland Park Florida 33334 Florida , bring this lawsuit to seek redress for the injuries to civil rights and property caused by the Defendant Enterprise's pattern of racketeering activity, which included Divorce Fraud, Identity Theft, Immigration Fraud, Property Fraud and the wrongful dismissal of my Affidavit of Support (I-864) claim. This action is brought against the defendants listed below, who acted individually and as an 'association-in-fact' criminal enterprise."

**II. JURISDICTION AND PARTIES**

A. Jurisdiction This Court has subject matter jurisdiction pursuant to 28 U.S.C. \S 1331 (Federal Question Jurisdiction) based on claims arising under:

1. The Immigration and Nationality Act (INA), \S 213A (Enforcement of I-864 Affidavit of Support).
2. The Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. \S 1964(c) (Civil RICO).
3. The Civil Rights Act, 42 U.S.C. \S 1983 (Deprivation of Rights Under Color of Law).
4. Supplemental Jurisdiction exists over all related state law claims pursuant to 28 U.S.C. \S 1367 as they arise from a "common nucleus of operative fact" (the coordinated scheme to defraud Plaintiff).

B. Defendants and Alleged Roles (The RICO Enterprise)

1. JAMES ROBERT CUNNINGHAM REmax experience Agent , Primary Perpetrator, I-864 Sponsor, Forger. All 4 Cases
2. JAMES ROBERT CUNNINGHAM P.A. Identity theft and Corporate Fraud
3. DEAN TRANTALIS, ESQ. (Mayor) Attorney for Core Conspirators; Alleged Coordinator of Judicial Obstruction and Civil Rights Violations. All 4 Cases

4. DEAN TRANTALIS AND ASSOCIATES ATTORNEY ) Law Firm Core Conspirators; Alleged Coordinator of Judicial Obstruction and Civil Rights Violations. All 4 Cases
5. GREGORY TAYLOR, ESQ. Attorney; Alleged Spoliator; Facilitator of Deed/Mortgage Fraud. Property Fraud
6. GREGORY TAYLOR P.A. Title Company; Entity issuing fraudulent Deeds/Mortgages. Property Fraud
7. STEVE MARGOLIS Public Notary and a Remax experience agent ; Notarized incomplete Divorce Docs & forged Deed. Divorce/Property Fraud
8. SHAWN ISENHOUR Public Notary, Employee at Gregory Taylor P. A.; Notarized forged 2016 Deed, tampered Mortgage (without Plaintiff present). Property Fraud
9. JASON JOHNSON Realtor/Witness; Falsely witnessed forged 2016 Deed. Property Fraud
10. REMAX EXPERIENCE VICARIOUS Vicarious liability for fraudulent witnessing and aiding and /abetting.
11. RLI INSURANCE COMPANY Surety for Notary Shawn Isenhour's Bond. Property Fraud (24-0174360)
12. THE CONTINENTAL INSURANCE CO. Surety for Notary Steve Margolis's Bond.

## II. CAUSES OF ACTION

A. Federal Claims (Counts I-IV)

COUNT I: I-864 Enforcement (Breach of Federal Contract) Exhibit 1

Defendants: Cunningham

Basis: Breach of Federal Contract (I-864) by failing to provide financial support equal to 125% of the Federal Poverty Guidelines.

COUNT II: Civil RICO (18 U.S.C. § 1964(c))

Defendants: All Non-Surety Defendants

Basis: Participation in an "enterprise" that engaged in a "pattern of racketeering activity" (including Mail/Wire Fraud, Obstruction of Justice, Property Fraud ,identity theft and Federal Tax Fraud) to systematically defraud Plaintiff of property, financial rights, and the Loss of Citizenship Opportunity. The enterprise's actions directly resulted in the loss of a federal benefit and caused the Plaintiff to suffer quantifiable economic injury subject to trebling.

COUNT III: 42 U.S.C. § 1983 (Deprivation of Due Process/Access to Courts)

Defendants: Dean Trantalis, Esq. ( Fort Lauderdale city mayor) Dean Trantalis and Associates

Basis: Deprivation of Due Process and Access to Courts under color of law by: 1. Using unlawful waivers in divorce Exhibit 2 (21-DR-003230). 2. Managing the dismissal of the I-864 case without notice (24-002900) exhibit 3.

COUNT IV: Tortious Interference with Federal Contract (I-864)

Defendants: Dean Trantalis, Esq. ( Fort Lauderdale city mayor) Dean Trantalis and Associates

Basis: Intentional interference with the Plaintiff's contractual rights under the federally binding I-864 Affidavit of Support, resulting in lost financial support and increased legal/immigration costs.

B. State Law/Common Law Claims (Counts V-XII)

COUNT V: Civil Conspiracy

Defendants: Cunningham, Trantalis, Taylor, Margolis, Johnson, Isenhour, Remax Experience , Gregory Taylor P.A., Dean Trantalis and Associates

Basis: Agreement and concerted action to commit the underlying torts of Fraud, Forgery, Obstruction, at, enabling the unlawful property transfer, and fraudulent divorce. Exhibit 4, 5, 6

COUNT VI: Fraud and Misrepresentation

Defendants: Cunningham, Margolis, Isenhour, Johnson, Taylor, Remax Experience, Gregory Taylor P.A, Dean Trantalios and Associates.

Basis: Willful use of false statements and forged documents to deceive Plaintiff and the public record. This includes the specific acts of fabricating documents (Quit claim deeds, mortgage , waivers of financial disclosure, waiver of process of services , false financial affidavits )

COUNT VII: Unjust Enrichment and Mesne Profits

Defendants: James Cunningham, James Cunningham P.A.

Basis: Defendant Cunningham was unjustly enriched at the Plaintiff's expense by retaining 8 years of the Plaintiff's personal funds, coercing the $100,000 mortgage, and unlawfully collecting 100% of the Net Rental Income (Mesne Profits) from the Plaintiff's rightful property for approximately 70 months (May 2015 to March 2021). Identity Theft for tax evation purposes to avoid financial obligations. Disgorgement of these ill-gotten gains is required.

COUNT VIII: Identity Theft and Corporate Fraud

Defendants: James R. Cunningham, James Roberet Cunningham P.A.

Basis: Unauthorized and fraudulent use of the Plaintiff's identity for corporate and financial purposes, including: 1. Naming Plaintiff as "Vice President" of a business without consent. This conduct exposed Plaintiff to legal and tax liabilities. Exhibit 7

COUNT IX: Negligence/Breach of Duty

Defendants: Margolis, Isenhour, Taylor P.A., Johnson

Basis: Gross negligence and statutory breaches by notaries/witness/title company (e.g., F.S. § 117.05) in executing the fraudulent documents, directly causing financial and legal harm. Exhibit 4,5,6 , 9, 10

COUNT X: Spoliation of Evidence

Defendants: Gregory Taylor, Esq.

Basis: Intentional alteration and/or destruction of the Mortgage document page numbers during an official Bar investigation to conceal the underlying fraud. Exhibit 8

COUNT XI: Breach of Statutory Duty and Wrongful Withholding

Defendants: RLI and Continental Insurance Companies

Basis: Failure to honor the statutory obligations of the Notary Bonds and unreasonable delay in payment since November last year, causing additional damages.

COUNT XII: Quiet Title / Injunctive Relief

Defendants: Cunningham, Taylor P.A.

Basis: Demand that the Court declare the fraudulent Quick Claim Deed(s) and Mortgage(s) void ab initio and order the property title be cleared and returned to the Plaintiff. Exhibit 4,5,6

**CLAIMS FOR RELIEF AND REQUESTED JUDGEMENT**

The Plaintiff, JERSON IMMER VELAZQUEZ, respectfully demands a Judgment against all Defendants, jointly and severally, awarding the following relief:

I. Monetary Damages

1. Civil RICO Treble Damages (18 U.S.C. § 1964(c)): All actual damages sustained to his business and property (including damages from the Immigration Fraud, Divorce fraud, property fraud, and identity fraud) shall be trebled (multiplied by three) as required by statute.

2. Affidavit of Support (I-864) Damages: All financial support owed by Defendant James Robert Cunningham pursuant to the Form I-864 Affidavit of Support, calculated at the contractual rate (125% of the Federal Poverty Guidelines) and continuing until judgment.
3. Compensatory Damages for Economic Loss: Actual and consequential damages, in an amount to be determined at trial, for:
4. The loss of a settlement or marital asset expectancy valued at FIVE MILLION DOLLARS (\$5,000,000.00) resulting from the fraudulent divorce waiver.
5. The loss of interest and equity in the property at 4061 North Federal Highway.
6. The harm caused by the Identity Theft (falsely claiming fictitious income), including all resulting tax liabilities, penalties, interest, and professional costs incurred to correct the fraud.
7. Damages resulting from the Obstruction of Justice and abuse of process by the City Mayor's Attorney and their firm, which intentionally interfered with your ability to obtain relief and caused litigation costs.
8. Punitive Damages: Punitive damages against all Defendants, in an amount sufficient to punish their willful, wanton, and malicious conduct and deter future similar criminal conduct.
9. Disgorgement/Unjust Enrichment: Disgorgement of all profits and financial benefits, including tax evasion savings and illegally retained I-864 support, that Defendants gained through their fraudulent scheme.

II. Declaratory and Injunctive Relief (Declaratory Judgment)

1. Declaratory Judgment Voiding Divorce and Waiver: A Declaratory Judgment finding that the Final Judgment of Dissolution of Marriage and any associated Marital Settlement Agreement (including the waiver of support rights) are void ab initio (void from the beginning) due to fraud upon the court and extrinsic fraud by the Defendants. This restores the Plaintiff's full rights to spousal support.
2. Declaratory Judgment on Deeds/Mortgage: A Declaratory Judgment finding that the 2016 Quit-Claim Deed and the March 17, 2022, Quit-Claim Deed are void ab initio due to fraud in the execution, forgery, and illegal notarization.
3. Voiding Corporate Instruments: A Declaratory Judgment finding all corporate instruments that falsely named Jerson Immer Velazquez as Vice President of James Robert Cunningham P.A. (and any other related entity) to be void and stricken from all state and federal corporate records.
4. Injunctive Relief (Stopping Obstruction): An Order enjoining (prohibiting) all Defendants, including the City Mayor's Attorney and their firm, from filing any further fraudulent

documents, engaging in any obstructive tactics, or taking any further actions related to the subject property, the Plaintiff's immigration status, or the Plaintiff's I-864 claim.

III. Statutory Costs and Fees

1. Attorney's Fees and Costs: An award of the Plaintiff's reasonable attorney's fees and costs incurred in bringing this action, as permitted under 42 U.S.C. § 1983 and the Civil RICO statute.
2. Pre- and Post-Judgment Interest: An award of pre-judgment and post-judgment interest on all monetary awards.

Respectfully submitted,

Name of Filer: Jerson Immer Velazquez

Street Address : 4061 N Dixie Hwy apt 2

City : Oakland Park Florida 33334

Email : Jersonpul@gmail.com

**Certificate of Service***

I hereby certify that a true and correct copy of the foregoing was served by email on Wednesday October 10 of 2026, on all counsel or parties of record on the Service List below.

1. JAMES ROBERT CUNNINGHAM jrcjimmy@gmail.com
2. JAMES ROBERT CUNNINGHAM P.A. jrcjimmy@aol.com
3. DEAN TRANTALIS, ESQ. (Mayor) dean@trantalis.com dtrantalis@fortlauderdale.gov
4. DEAN TRANTALIS AND ASSOCIATES ATTORNEY ) brian@trantalis.com
5. GREGORY TAYLOR, ESQ. Taylor@gtpalaw.com
6. GREGORY TAYLOR P.A. Taylor@gtpalaw.com
7. STEVE MARGOLIS Dean@trantalis.com brian@trantalis.com

8. SHAWN ISENHOUR jdavenport@pdlegal.com

9. JASON JOHNSON jasonjohnsonfl@gmail.com

10. REMAX EXPERIENCE jasonjohnsonfl@gmail.com

11. RLI INSURANCE COMPANY Laura.Piispanen@rlicorp.com

12. THE CONTINENTAL INSURANCE CO. ginger.barnes@cnasurety.com

____Jerson Immer Velazquez____________

Signature of Filer

10-08-2025